■ ROGER MURPHY, Appellant, v FOREST CITY ENTERPRISES et al., Respondents, et al., Third-Party Plaintiff. MADER CONSTRUCTION CORPORATION,Third-Party Defendant-Respondent. [629 NYS2d 707] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Labor Law.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY SPARKS, Appellant. [629 NYS2d 707] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN S. WOOD, Appellant. [629 NYS2d 707] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Robbery, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. McKOY, Appellant. [629 NYS2d 708] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.